324

Ernesto POUX, Jr., Petitioner–
Appellant,

v.

Darlene DREW, Warden, Respondent–
Appellee.

No. 10–7558.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2011.

Decided: March 21, 2011.

Ernesto Poux, Jr., Appellant Pro Se.

Before MOTZ and WYNN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ernesto Poux, Jr., a federal prisoner,
appeals the district court's order accepting
the recommendation of the magistrate
judge and denying relief on his 28
U.S.C.A. § 2241 (West 2006 & Supp.2010)
petition. We have reviewed the record
and find no reversible error. Accordingly,
although we grant leave to proceed in for-
ma pauperis, we affirm for the reasons
stated by the district court. *Poux v.
Drew,* No. 4:10–cv–01684–HFF, 2010 WL
4313086 (D.S.C. Oct. 25, 2010). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

and argument would not aid the decisional
process.

*AFFIRMED.*